**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Shannon L Carter<br><br>　　　　Debtor(s) | Case No. 14 B 36069 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 10/03/2014.

　　2) The plan was confirmed on 01/28/2015.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/28/2015, 10/14/2015.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/04/2015, 08/02/2016.

　　5) The case was Dismissed on 08/31/2016.

　　6) Number of months from filing to last payment: 20.

　　7) Number of months case was pending: 26.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,060.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,060.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $545.19 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,545.19

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alco Billing Center | Unsecured | 1,840.00 | NA | NA | 0.00 | 0.00 |
| Alliance Laboratory Physicians | Unsecured | 124.60 | NA | NA | 0.00 | 0.00 |
| Allianceone Receivable | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 345.00 | 345.04 | 345.04 | 0.00 | 0.00 |
| ARS | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| ARS | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 683.00 | 683.75 | 683.75 | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Citizens Fin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 100.00 | 368.40 | 368.40 | 0.00 | 0.00 |
| Convergent | Unsecured | 5,027.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solution | Unsecured | 856.00 | 975.40 | 975.40 | 0.00 | 0.00 |
| Department Of Education | Unsecured | 57,456.00 | 63,792.79 | 63,792.79 | 0.00 | 0.00 |
| Exeter Finance Corporation | Unsecured | 0.00 | 490.83 | 490.83 | 0.00 | 0.00 |
| Exeter Finance Corporation | Secured | 24,560.00 | 25,050.83 | 24,560.00 | 7,685.64 | 1,197.84 |
| FIAT Fiance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| Homeward Residential | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 11,650.00 | 11,786.67 | 11,786.87 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 3,101.46 | 3,101.46 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 195.25 | 195.25 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 3,001.33 | NA | NA | 0.00 | 0.00 |
| Illinois Institute Of Art | Unsecured | 16,453.00 | NA | NA | 0.00 | 0.00 |
| Kare Hospital Medicine | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates Ltd | Unsecured | 2,458.50 | 628.00 | 628.00 | 0.00 | 0.00 |
| Midwest Emergency Associates Ltd | Unsecured | 0.00 | 47.87 | 47.87 | 0.00 | 0.00 |
| Midwest Emergency Associates Ltd | Unsecured | 0.00 | 928.00 | 928.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midwest Emergency Associates Ltd | Unsecured | 0.00 | 912.00 | 912.00 | 0.00 | 0.00 |
| Midwest Emergency Associates Ltd | Unsecured | 0.00 | 397.00 | 397.00 | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 5,584.25 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 101.60 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 167,569.54 | 167,477.70 | 167,477.70 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 965.37 | 2,300.79 | 965.37 | 631.33 | 0.00 |
| Payday Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Servic | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 477.76 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 478.00 | 477.76 | 477.46 | 0.00 | 0.00 |
| Radiological Consultants of Woodsto | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 37,739.00 | 64,344.48 | 64,344.48 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,899.95 | 294.80 | 294.80 | 0.00 | 0.00 |
| Short Term Loans LLC | Unsecured | 500.00 | 313.75 | 313.75 | 0.00 | 0.00 |
| Sonnenschein Fnl Svcs | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| St Alexius Medical Center | Unsecured | 0.00 | 5,699.50 | 5,699.50 | 0.00 | 0.00 |
| Suburban Surgical care specialists | Unsecured | 333.41 | NA | NA | 0.00 | 0.00 |
| The Art Institutes | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Total Card, Inc. | Unsecured | 519.98 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Uropartners | Unsecured | 77.90 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Corp | Unsecured | 268.60 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $167,477.70 | $0.00 | $0.00 |
| Mortgage Arrearage | $965.37 | $631.33 | $0.00 |
| Debt Secured by Vehicle | $24,560.00 | $7,685.64 | $1,197.84 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$193,003.07** | **$8,316.97** | **$1,197.84** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $11,786.87 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $195.25 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$11,982.12** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$143,800.53** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,545.19 |
| Disbursements to Creditors | $9,514.81 |
| **TOTAL DISBURSEMENTS** : | **$14,060.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2016                             By: /s/ Marilyn O. Marshall
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**